UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SHELDON CRUMPLER, et al., | Case No. 2:14-cv-01373-GMN-PAL |
| Plaintiffs, | **ORDER** |
| v. | |
| CREDITORS SPECIALTY SERVICE, INC., et al., | |
| Defendants. | |

This matter is before the court on the parties' failure to file their stipulation for dismissal. On November 18, 2015, a settlement was reached in this matter. On December 3, 2015, the parties agreed to execute a stipulation for dismissal, but to hold the stipulation until the last payment was made. The parties had until August 31, 2016, to file the stipulation to dismiss. They have not done so or requested an extension of time in which to do so.

**IT IS ORDERED** that the parties shall have until **September 28, 2016** to file a stipulation to dismiss if Defendants made all payments, or move to reopen if all payments have not been made to complete the parties settlement agreement.

DATED this 14th day of September, 2016.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1