David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiffs*
*SHELDON CRUMPLER AND NATASHA MCLAUGHLIN*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SHELDON CRUMPLER AND NATASHA MCLAUGHLIN, <br><br> Plaintiff, <br><br> v. <br><br> CREDITORS SPECIALTY SERVICE INC.; and CREDITORS SPECIALTY SERVICE OF NEVADA INC. <br><br> Defendants. | Case No. 2:14-cv-01373-GMN-PAL <br><br> **STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE** |

Plaintiff SHELDON CRUMPLER AND NATASHA MCLAUGHLIN and CREDITORS SPECIALTY SERVICE INC. and CREDITORS SPECIALTY SERVICE OF NEVADA INC. hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance

…

…

…

Page **1** of **2**

with Fed. R. Civ. P. 41 (a)(2) as to CREDITORS SPECIALTY SERVICE INC.; and CREDITORS SPECIALTY SERVICE OF NEVADA INC. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated:            September 22, 2016

By:

/s/David H. Krieger, Esq.
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, Nevada 89123
*Attorney for Plaintiffs*

By:

/s/ Nikolas Mastrangelo, Esq.
Nikolas Mastrangelo, Esq.
811 S. Sixth Street
Las Vegas, Nevada 89101

*Attorney for Defendant CREDITORS SPECIALTY SERVICE INC.; and CREDITORS SPECIALTY SERVICE OF NEVADA INC.*

## ORDER

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: October 1, 2016